UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JARVIS SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:22-cv-00099-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND COUNTY | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COMES NOW Defendant City of Augusta-Richmond County (hereinafter, "Defendant") and Plaintiff Jarvis Sims (hereinafter, "Plaintiff"), and respectfully requests to amend the Scheduling Order (Doc. 14) to allow for a sixty-day extension to complete discovery. To support a showing of good cause, the parties respectfully show as follows:

1.

Plaintiff filed his Complaint on July 28, 2022. (Doc. 1.)

2.

Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint on September 14, 2022. (Doc. 11.)

3.

Defendant served its Initial Disclosures, First Interrogatories, and First Requests for Production of Documents upon Plaintiff on October 25, 2022. Plaintiff responded to such on December 2, 2022.

4.

Plaintiff served her Initial Disclosures on October 25, 2022. Plaintiff served her First Interrogatories, First Request for Admissions, and First Request for Production of Documents upon Defendant on January 6, 2023. Defendant's responses are due February 6, 2023.

5.

No depositions have been conducted yet in this case. Plaintiff's deposition is scheduled for February 9, 2023.

6.

Defendant served subpoenas to produce documents upon AU Medical Center, Inc., Nephrology Associates, P.C., and Atlanta Metropolitan State College. Defendant is still awaiting responses to such.

7.

Per the Scheduling Order, discovery closes on February 1, 2023.

8.

Due to the outstanding written discovery, the number of documents to review, and the outstanding depositions, Plaintiff and Defendant respectfully request a sixty-day extension to complete discovery.

WHEREFORE, Plaintiff and Defendant jointly request that the Scheduling Order (Doc. 14) be amended to allow for sixty additional days to conduct discovery, making the new deadline Monday April 3, 2023. The parties additionally request for all other dates to be amended accordingly.

Respectfully submitted, this 26th day of January 2023.

[Signature Page Follows]

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **SMITH, WELCH, WEBB & WHITE LLC** |
| */s/ John D. Bennett* | */s/ Grant E. McBride* |
| John D. Bennett | (With Express Permission) |
| Georgia Bar No. 059212 | Grant E. McBride |
| Emily M. Walker | Georgia Bar No. 109812 |
| Georgia Bar No. 221826 | Megan Murren Rittle |
| *Counsel for Defendant* | Georgia Bar No. 384595 |
| | *Counsel for Plaintiff* |
| 100 Galleria Parkway, Suite 1600 | |
| Atlanta, Georgia 30339-5948 | 2200 Keys Ferry Court |
| T: (770) 818-0000 | P.O Box 10 |
| F: (770) 937-9960 | McDonough, Georgia 30253 |
| E: jbennett@fmglaw.com | T: (770) 957-3937 |
| E: emily.walker@fmglaw.com | F: (678) 583-4888 |
| | E: gmcbride@smithwelchlaw.com |
| | E: mmrittle@smithwelchlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to the following attorney of record:

This 26th day of January 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
Emily M. Walker
Georgia Bar No. 221826
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com