UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JARVIS SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:22-cv-00099-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND ) | |
| COUNTY ) | |
| ) | |
| Defendant. ) | |

## SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

COMES NOW Defendant City of Augusta-Richmond County (hereinafter, "Defendant") and Plaintiff Jarvis Sims (hereinafter, "Plaintiff"), and respectfully requests to amend the Revised Scheduling Order (Doc. 20) to allow for a thirty-day extension to complete discovery. To support a showing of good cause, the parties respectfully show as follows:

1.

Plaintiff filed his Complaint on July 28, 2022. (Doc. 1.)

2.

Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint on September 14, 2022. (Doc. 11.)

3.

Defendant served its Initial Disclosures, First Interrogatories, and First Requests for Production of Documents upon Plaintiff on October 25, 2022. Plaintiff responded to such on December 2, 2022.

4.

Plaintiff served his Initial Disclosures on October 25, 2022. Plaintiff served his First Interrogatories, First Request for Admissions, and First Request for Production of Documents upon Defendant on January 6, 2023. Defendant responded to such on February 17, 2023.

5.

No depositions have been conducted yet in this case.

6.

Defendant has requested to depose Plaintiff. Plaintiff has requested to depose Anita Rookard, Odie Donald, and a 30(b)(6) representative. The parties are diligently working to get these depositions scheduled.

7.

Per the Revised Scheduling Order, discovery closes on April 3, 2023.

8.

Due to the number of outstanding depositions along with scheduling difficulties resulting from counsel for both sides having upcoming trials, the parties respectfully request an additional thirty-days to complete depositions.

WHEREFORE, Plaintiff and Defendant jointly request that the Revised Scheduling Order (Doc. 20) be amended to allow for thirty additional days to conduct discovery, making the new deadline Wednesday May 3, 2023. The parties additionally request for all other dates to be amended accordingly.

Respectfully submitted, this 20th day of March 2023.

[Signature Page Follows]

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **SMITH, WELCH, WEBB & WHITE LLC** |
| */s/ John D. Bennett* | */s/ Grant E. McBride* |
| John D. Bennett | (With Express Permission) |
| Georgia Bar No. 059212 | Grant E. McBride |
| Emily M. Walker | Georgia Bar No. 109812 |
| Georgia Bar No. 221826 | Megan Murren Rittle |
| *Counsel for Defendant* | Georgia Bar No. 384595 |
| | *Counsel for Plaintiff* |
| 100 Galleria Parkway, Suite 1600 | |
| Atlanta, Georgia 30339-5948 | 2200 Keys Ferry Court |
| T: (770) 818-0000 | P.O Box 10 |
| F: (770) 937-9960 | McDonough, Georgia 30253 |
| E: jbennett@fmglaw.com | T: (770) 957-3937 |
| E: emily.walker@fmglaw.com | F: (678) 583-4888 |
| | E: gmcbride@smithwelchlaw.com |
| | E: mmrittle@smithwelchlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to the following attorney of record:

This 20th day of March 2023.

                                        **FREEMAN MATHIS & GARY, LLP**

                                        */s/ John D. Bennett*
                                        John D. Bennett
                                        Georgia Bar No. 059212
                                        Emily M. Walker
                                        Georgia Bar No. 221826
100 Galleria Parkway                    *Attorneys for Defendant*
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com

- 4 -