EXHIBIT 1

**From:** John D. Bennett
**Sent:** Friday, April 28, 2023 10:08 AM
**To:** Grant E. McBride <gmcbride@smithwelchlaw.com>; Shannon M. DuCray <sducray@smithwelchlaw.com>; Emily Walker <Emily.Walker@fmglaw.com>
**Subject:** RE: Jarvis Sims v. City of Augusta-Richmond County - 30(b)(6) Deposition

Grant,

Below, I am providing a timeline of the relevant events, followed by a response to your email below:

- The S.D. Ga's Local Rules provide for a 140-day period for discovery, and discovery in this case began on 10/13/2022.
- The City promptly issued written discovery requests to Plaintiff on October 25, 2023.
- Despite the discovery period beginning in October, Plaintiff did not even serve any written discovery requests until 1/6/2023.  Regardless, you've had our discovery responses and the City's document production since February.
- The discovery period was initially scheduled to close on 2/1/2023.  [Doc. 14]
- The parties then moved to extend the discovery period on 1/27/2023 through 4/3/2023, and the court entered a revised scheduling order accordingly.  [Doc. 20]

- The parties thereafter moved for a second and proposed final discovery extension on 3/20/2023, asking to extend discovery through 5/3/2023, which the court entered on 3/21/2023.  [Doc. 22].
- We took your client's deposition on March 30th, and you took the depositions of Anita Rookard and Odie Donald on 4/19 and 4/20.
- At no point between October 13, 2022 and April 27, 2023 did Plaintiff ever send a 30(b)(6) notice with proposed topics for a corporate designee to be prepared to discuss, let alone request mutually agreeable dates for a corporate deposition under Rule 30.
- It was not until this morning, 4/28/2023 – three business days before the close of the discovery period on 5/3/2023 – that Plaintiff first provided a 30(b)(6) notice.  Plaintiff is now attempting to unilaterally schedule a corporate deposition under Rule 30 on 5/2/2023, a date in which neither I nor Emily am available.   I have previously-scheduled commitments on each day next week, and then have the entire following week booked for trial preparation for a federal trial beginning the following week of May 15th.

These tactics are improper.  As an initial matter, Rule 30(b)(6) requires the serving party to confer in good faith about the proposed matters for examination, something which has never happened.  Second, if Plaintiff desired to take a corporate deposition, you should have reached out to schedule this and ask for proposed dates many weeks (if not months) ago.  A party is not permitted to unilaterally notice a deposition in this fashion, particularly a 30(b)(6) deposition, which requires the corporation or local government to adequately prepare its corporate designee to discuss the agreed upon topics.  Needless to say, asking a local government, its public servant designee(s), and its counsel to drop everything that it is doing on a Friday afternoon and reschedule previous commitments at the last minute is neither possible nor professional.  Third, the proposed topics are either completely irrelevant to the parties' claims and defenses or have otherwise been covered by other witnesses, including Mrs. Rookard.

As to the third point, prior claims and settlements in other discrimination cases has absolutely no relevance to the claims and defenses in this case, which is an intentional disparate treatment claim of alleged disability and age discrimination.  Settlements in other matters have no bearing on this case.  The same is true of "processes related to funding, premiums, claims, and review" of the City's health insurance program has no relevance to this case and, in any event, the City has already produced documents – and your client is already in possession of information – regarding the withholdings and deductions for health insurance while Mr. Sims was employed with the City.  Finally, the City's FMLA policies, leave programs, and other benefit questions were already covered by Mrs.

Rookard and, in any event, your client does not have an FMLA interference claim, but rather an FMLA retaliation claim.

Please withdraw the 30(b)(6) notice or we will seek relief with the Court.

Regards,
John


**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta**, **GA 30339-5948**
**D: 678-996-9056 | C: 770-342-8812**
JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CT | FL | GA | IL | IN | KY | MA | NJ | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

---

**From:** Grant E. McBride <gmcbride@smithwelchlaw.com>
**Sent:** Friday, April 28, 2023 9:27 AM
**To:** John D. Bennett <JBennett@fmglaw.com>; Shannon M. DuCray <sducray@smithwelchlaw.com>; Emily Walker <Emily.Walker@fmglaw.com>
**Subject:** RE: Jarvis Sims v. City of Augusta-Richmond County - 30(b)(6) Deposition

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

John,

Apologies for the misunderstanding. I had discussed the 30(b)(6) with Emily at Odie's deposition and had understood that this was how you wanted to handle this. My hope was to get the information I wanted from either Odie or Anita, but neither knew much about these areas, so the 30(b)(6) is necessary.

I'll notice them for Tuesday, May 2. If you don't think it's proper, I guess the best way to handle is see if we can get a conference with the judge or file a motion for protective order? If no one is going to show, just confirm and I'll hold off on ordering the court reporter so we're not wasting money.

Thanks,
Grant



### Grant E. McBride
Attorney at Law

O. 770-957-3937 | F. 770-957-9165
2200 Keys Ferry Court | McDonough, GA 30253 | P.O. Box 10
www.smithwelchlaw.com
Coronavirus Statement



CONFIDENTIALITY NOTICE: This e-mail message and its attachments are for the sole use of the designated recipient(s).  They may contain confidential information, legally privileged information or other information subject to legal restrictions.  If you are not a designated recipient of this message, please do not read, copy, use, or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.  No attorney/client relationship shall be created as a result of this communication.  No attorney/client relationship shall exist absent a written retainer agreement.  Thank you.

**From:** John D. Bennett <JBennett@fmglaw.com>
**Sent:** Friday, April 28, 2023 9:10 AM
**To:** Shannon M. DuCray <sducray@smithwelchlaw.com>; Emily Walker <Emily.Walker@fmglaw.com>
**Cc:** Grant E. McBride <gmcbride@smithwelchlaw.com>
**Subject:** Re: Jarvis Sims v. City of Augusta-Richmond County - 30(b)(6) Deposition

CAUTION: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is far too late for such a notice.  I will not agree to further extend the discovery period.  You have had many months to send such a notice - doing so on the eve of the end of discovery is improper.

**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 678-996-9056 | C: 770-342-8812**

JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement

---

**From:** Shannon M. DuCray <sducray@smithwelchlaw.com>
**Sent:** Friday, April 28, 2023 9:06:11 AM
**To:** Emily Walker <Emily.Walker@fmglaw.com>; John D. Bennett <JBennett@fmglaw.com>
**Cc:** Grant E. McBride <gmcbride@smithwelchlaw.com>
**Subject:** Jarvis Sims v. City of Augusta-Richmond County - 30(b)(6) Deposition

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Good Morning,

Attached, please find a Notice of Deposition for a 30(b)(6) witness for the City of Augusta-Richmond County. Please provide dates for the witness(es) and if we need to extend discovery to accommodate this as discovery to set to end on Tuesday.

Thank you,



### Shannon M. DuCray
Paralegal

O. 770-957-3937 | D. 678-583-4852 | F. 678-583-4888
2200 Keys Ferry Court (physical address) | McDonough, GA 30253 | P.O. Box 10
www.smithwelchlaw.com
Coronavirus Statement

CONFIDENTIALITY NOTICE: This e-mail message and its attachments are for the sole use of the designated recipient(s).  They may contain confidential information, legally privileged information or other information subject to legal restrictions.  If you are not a designated recipient of this message, please do not read, copy, use, or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media.  No attorney/client relationship shall be created as a result of this communication.  No attorney/client relationship shall exist absent a written retainer agreement.  Thank you.