EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **JARVIS SIMS,**<br>  Plaintiff. | )<br>)<br>)   **Civil Action No.:**<br>)   **1:22-cv-00099-JRH-BKE**<br>) |
| vs. | )<br>) |
| **CITY OF AUGUSTA-RICHMOND COUNTY,**<br>  Defendant. | )<br>)<br>)<br>) |

## NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE pursuant to Fed. R. Civ. P. 30(b)(6), the undersigned will take the deposition of the designated corporate representative(s) of Defendant City of Augusta-Richmond County upon oral examination commencing at _____, via Zoom videoconference, before an authorized officer by law to administer oaths. The deposition will be recorded by stenographic means. The oral examination will continue on subsequent days, as agreed upon by the Parties, until complete, adjourned, or continued.

The 30(b)(6) examination shall cover the following matters:

1. Any and all EEO claims produced, returned, or referenced by the City of Augusta-Richmond County in its discovery in the instant case, specifically regarding settlements involving discrimination within the last 5 years.

{Doc: 03316778.DOCX}                    1

2. The City's self-insurance program for health insurance, including processes related to funding, premiums, claims, and review.

3. The City's outside health insurance program, including processes related to funding, premiums, claims, and review.

5. All policies and procedures of the City that govern employee leave, including, but not limited to, The Family Medical Leave Act (FMLA), Short Term disability, Long Term disability, and Leave time donation programs.

This ____ day of April, 2023.

                                       SMITH WELCH WEBB & WHITE, LLC

                                       */s/Grant E. McBride*
                                       Grant E. McBride
                                       Georgia Bar No. 109812
                                       Attorney for Plaintiff

P. O. Box 10
2200 Keys Ferry Court
McDonough, GA 30253
(770) 957-3937 (telephone)
(770) 957-9165 (facsimile)
gmcbride@smithwelchlaw.com

{Doc: 03316778.DOCX}                     2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of **NOTICE OF 30(b)(6) DEPOSITION** via email on the following counsel of record:

Emily Walker, Esq.
John D. Bennett, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Pkwy
Suite 1600
Atlanta, Georgia 30339
emily.walker@fmglaw.com
jbennett@fmglaw.com

This _____ day of April, 2023.

SMITH WELCH WEBB & WHITE, LLC

*/s/Grant E. McBride*
Grant E. McBride
Georgia Bar No. 109812
Attorney for Plaintiff

P. O. Box 10
2200 Keys Ferry Court
McDonough, GA 30253
(770) 957-3937 (telephone)
(770) 957-9165 (facsimile)
gmcbride@smithwelchlaw.com