# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **JARVIS SIMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:22-cv-00099-JRH-BKE** |
| **CITY OF AUGUSTA-RICHMOND** ) | |
| **COUNTY** ) | |
| ) | |
| **Defendant.** ) | |

## FOURTH JOINT MOTION TO AMEND SCHEDULING ORDER

COMES NOW Defendant City of Augusta-Richmond County (hereinafter, "Defendant") and Plaintiff Jarvis Sims (hereinafter, "Plaintiff"), and respectfully requests to amend the Revised Scheduling Order (Doc. 20) to allow for a twenty-one day extension to complete discovery. To support a showing of good cause, the parties respectfully show as follows:

1.

The parties have been working towards the resolution of a discovery dispute involving the Rule 30(b)(6) deposition of the Defendant.

2.

The parties believe they have resolved that dispute as to the scope and topics involved, but the witnesses and counsel for the Defendant are unavailable to set those depositions prior to the expiration of discovery on July 21, 2023.

3.

The parties believe that the deposition may be able to be set the week of August 11, 2023, which would conclude necessary discovery.

4.

Accordingly, the Parties request that this Court extend discovery through the week of August 11, 2023 to allow for those depositions to be completed.

WHEREFORE, Plaintiff and Defendant jointly request that the Revised Scheduling Order be amended to make the new deadline for the close of discovery August 11, 2023. The parties additionally request for all other dates to be amended accordingly.

Respectfully submitted, this 21st day of July, 2023.

| FREEMAN MATHIS & GARY, LLP | SMITH, WELCH, WEBB & WHITE LLC |
|---|---|
| /s/ John D. Bennett<br>John D. Bennett<br>Georgia Bar No. 059212<br>Emily M. Walker<br>Georgia Bar No. 221826 | /s/ Grant E. McBride<br>Grant E. McBride<br>Georgia Bar No. 109812 |

<div style="display: flex;">

<div>

*Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Telephone: 770-818-0000
Facsimile: 770-937-9960
jbennett@fmglaw.com
emily.walker@fmglaw.com

</div>

<div>

*Counsel for Plaintiff*

2200 Keys Ferry Court
P.O Box 10
McDonough, Georgia 30253
Telephone: 770-957-3937
Facsimile: 678-583-4888
gmcbride@smithwelchlaw.com

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed FOURTH JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to the following attorney of record:

This 21st day of July, 2023.

                                          **SMITH, WELCH, WEBB & WHITE, LLC**

                                          */s/ Grant E. McBride*
                                          Grant E. McBride
                                          Georgia Bar No. 109812
                                          *Attorney for Plaintiff*

2200 Keys Ferry Court
P.O Box 10
McDonough, Georgia 30253
Telephone: 770-957-3937
Facsimile: 678-583-4888
gmcbride@smithwelchlaw.com