# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
OFFICE OF THE CLERK
PO BOX 1130
AUGUSTA, GEORGIA   30903
(706)849-4400



## MEMORANDUM

---

**SUBJECT:** Restriction/Return of Discovery Related Materials

Pursuant to Federal Rule of Civil Procedure regarding the filing of discovery related materials, your document(s) are being restricted (if filed electronically) or returned (if submitted in paper form).

John E. Triplett
Clerk of Court, U.S. District Court