IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JARVIS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-099 |
| | ) | |
| CITY OF AUGUSTA-RICHMOND COUNTY | ) ) | |
| | ) | |
| Defendant. | ) | |

_____

**JOINT STATUS REPORT**
_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☐ YES   ☒ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☐ Private Mediator   ☐ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

This 11th day of August, 2023.

/s/     Grant E. McBride

<u>Plaintiff's Counsel</u>

/s     John D. Bennett

<u>Defense Counsel</u>