UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JARVIS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:22-cv-00099-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND COUNTY | ) ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**

COME NOW Plaintiff Jarvis Sims and Defendant City of Augusta-Richmond County, by and through their undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request to amend the Scheduling Order to extend the deadline for filing dispositive motion by seven (7) days through and including Monday September 18, 2023. To support a showing of good cause, the Parties respectfully show as follows:

1.

On July 26, 2023, the Court entered a Revised Scheduling Order setting the deadline for the filing of civil motion including *Daubert* motions, but excluding motions in limine as September 11, 2023. (Doc. 36.) This deadline has not yet passed.

2.

Defendant is currently in the process of preparing its summary judgment motion.  However, the 30(b)(6) deposition transcript from a deposition recently taken by Plaintiff on the last day of discovery was only recently sent to Defense counsel.  Accordingly, and due to the extensive record in this case and the Parties' desire to ensure that the record is fully developed for the Court's consideration, Defendant requests additional seven (7) days to prepare its dispositive motion.

- 1 -

Defendant has also agreed to mutually extend the deadline for Plaintiff to respond to Defendant's forthcoming motion if the need arises.

3.

This is the Parties' first request for an extension on the deadline for the filing of dispositive motions. The Parties respectfully submit that this extension is not for the purpose of undue delay and will not prejudice any party. Instead, the Parties seek the extension to fully develop the record for the Court's consideration with particular emphasis on potentially dispositive issues of law and fact for summary judgment.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for filing dispositive motions an additional seven (7) days through and including Monday September 18, 2023, with a corresponding extension of all post-discovery deadlines. A proposed order is attached hereto.

Respectfully submitted, this 7th day of September 2023

*CONSENTED TO BY:*

| | |
|---|---|
| */s/ Grant E. McBride* | */s/ John D. Bennett* |
| (With Express Permission) | John D. Bennett |
| Grant E. McBride | Georgia Bar No. 059212 |
| Georgia Bar No. 109812 | Emily M. Walker |
| SMITH, WELCH, WEBB | Georgia Bar No. 221826 |
| & WHITE LLC | FREEMAN MATHIS & GARY, LLP |
| 2200 Keys Ferry Court | 100 Galleria Parkway, Suite 1600 |
| P.O Box 10 | Atlanta, Georgia 30339-5948 |
| McDonough, Georgia 30253 | T:  770.818.0000 |
| T: (770) 957-3937 | F:  770.937.9960 |
| F: (678) 583-4888 | E:  jbennett@fmglaw.com |
| E: gmcbride@smithwelchlaw.com | E:  emily.walker@fmglaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed CONSENT MOTION TO EXTEND DISPOSITVE MOTIONS DEADLINE with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to attorneys of record

This 7th day of September 2023

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
Emily M. Walker
Georgia Bar No. 221826
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com