EXHIBIT 6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |  |
|---|---|---|
| JARVIS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:22-cv-00099-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND COUNTY | ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ODIE DONALD

1.

My name is Odie Donald. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen years old, am suffering from no known disabilities, and am competent to execute this Declaration.

2.

My individual deposition was taken in this case on April 20, 2023. This Declaration is intended to supplement and not to substitute my prior deposition testimony.

3.

I previously served as the Administrator for the City of Augusta-Richmond County, Georgia from November 14, 2020 until February 25, 2022.

4.

When I first began my role as the Administrator, Jarvis Sims and Tony McDonald served as the Deputy Administrators.

5.

Towards the beginning of my employment, I was notified by Human Resources that Mr. Sims was taking FMLA leave and that he would be out of work for a period of time. However,

- 1 -

neither Ms. Rookard, Mr. Sims, nor anyone else ever told me why Mr. Sims was taking leave. Mr. Sims was subsequently on leave from roughly November 20, 2020 through roughly February 25, 2021.

6.

As Administrator, I am not involved in the approval or denial of FMLA leave, and I did not play any role in the approval or denial of Mr. Sims' FMLA leave or his use of the sick leave bank (or any other form of accrued leave) during his leave of absence.

7.

When Mr. Sims returned to work, he never discussed with me anything regarding his medical condition nor did he inform me that he would potentially need additional leave in the future. Neither Anita Rookard, the HR Director, nor anyone else in the City (including Mr. Sims) ever told me that Mr. Sims might potentially need additional leave in connection with a kidney transplant (or any other related surgery or medical condition) prior to me making the decision to terminate his employment (and that of Tony McDonald, who was another Deputy Administrator) on April 1, 2021.

8.

As Administrator, I am not involved in the approval or denial of participation in the sick pool, and I did not play any role in the City's approval (or alleged denial) of Mr. Sims' sick pool participation, nor was I aware of any of the particulars regarding Mr. Sims' request for or participation in the sick pool.

9.

Neither Ms. Rookard nor anyone else in the Human Resources department had any discussions with me regarding the nature of Mr. Sims' medical condition, the reasons for his

FMLA leave, or requests for potential additional leave in the future.

10.

In fact, I was not aware of Mr. Sims medical condition until this litigation. I further was not aware until this litigation that Mr. Sims mentioned to Anita Rookard that he might possibly need additional leave for a kidney transplant following his return to work in late February 2021.

11.

During the early months of my tenure, I evaluated the efficiency of the Office of the Administrator. Based on my review of the Office as a whole, I determined that the Office needed a "fresh start," which included bringing in new personnel for the Deputy Administrators positions.

12.

Accordingly, on April 1, 2021, I terminated both Mr. Sims and Mr. McDonald.

13.

I felt that the Office of the Administrator was not performing at its highest level and was not meeting its deliverables. To address these issues, I determined that I wanted to re-organize the Office to align with my vision. The basis for my decision is adequately explained in the City's response to Plaintiff's Interrogatory No. 9, which I was shown during my deposition. During my deposition, I repeatedly analogized the scenario to that of a new coach taking over a sports team or organization. It is particularly common in the local government arena for a new leader – such as a city manager or a city/county administrator – to make changes in personnel following a change in administration or a change in leadership. I felt that the City needed a fresh start with its top level administrative leadership and therefore terminated both of the prior Deputy Administrators – Jarvis Sims and Tony McDonald – on the same day and shortly thereafter replaced them with two new Deputy Administrators.

14.

The decision to terminate Mr. Sims and Mr. McDonald was my decision and mine alone.

15.

During the termination meetings with Mr. Sims and Mr. McDonald, I handed the same termination letter to both individuals, which provided that, "As the new Administrator, I have decided to give Office of the Administrator a fresh start" and which indicated that the Deputy Administrators were being terminated "without cause." True and correct copies of both Deputy Administrator termination letters are collectively attached hereto as Exhibit A.

16.

Mr. Sims' medical condition, prior use of FMLA leave, possible need for additional leave in the future (of which I was unaware), and age (of which I was unaware) played no role whatsoever in my decision to terminate him. The same is true of my decision to terminate Tony McDonald. None of my decisions or actions with respect to Mr. Sims had anything to do with a protected characteristic.

17.

My reason for terminating Mr. Sims was the same reason for my decision to terminate Mr. McDonald, i.e., to give the Office of the Administrator a "fresh start."

18.

Following the termination of Mr. Sims and Mr. McDonald, I hired two new Deputy Administrators, Tanikia Jackson and Charles Jackson.

19.

I hired Mr. Jackson on May 15, 2021, and I hired Ms. Jackson on August 7, 2021. As I explained at my deposition, there was a period of time between the firings of Mr. Sims and Mr.

- 5 -

McDonald and the hirings of their replacements because we had to post the openings, review resumes, conduct interviews, etc.

20.

I was not aware of the ages or medical conditions of any of the Deputy Administrators who worked for me. Additionally, age and medical conditions did not play a role in my hiring or termination decisions.

21.

By my signature below, I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on September 15, 2023.

Signature: *Odie Donald*

Odie Donald

# Exhibit A

# Termination Letters for Deputy Administrators Jarvis Sims and Tony McDonald

*Augusta*
G E O R G I A

**Office of the Administrator**

Odie Donald II, Administrator
Jarvis R. Sims, Deputy Administrator
Tony McDonald, Deputy Administrator

Ste. 910 - Municipal Building
535 Telfair Street – Augusta, GA.30901
(706) 821-2400 – Fax (706) 821-2819

April 1, 2021
Jarvis Sims
Deputy Administrator

**Via Hand-Delivery**

RE: Termination Without Cause

Dear Mr. Sims,

As the new Administrator, I have decided to give Office of the Administrator a fresh start. Therefore, this is to inform you, on April 1, 2021, that your employment with Augusta Georgia is hereby terminated without cause and effective immediately. You are being released as a Deputy Administrator without cause.

Pursuant to Augusta, Georgia SES Severance Policy and Procedures (Commission Approved-11/5/2019) Section 2.0 (A)(1), which addresses "Discharges without Cause", you are eligible two months of severance pay and the same is being offered to you, subject to the execution of the attached Separation Agreement and Release of Claims and the approval of the Augusta, Georgia Commission, pursuant to the SES Severance Policy and Procedures. Pursuant to the SES Severance Policy and Procedures your severance would be with salary continuation. However, if you would like lump-sum payout severance, please notify the HR director, Anita Rookard and me, via email, by April 8, 2021.

Your final paycheck for hours worked will be paid on the regularly scheduled payday following your last day of work (today).

Your present health insurance benefits will continue through the end this pay period (April 1, 2021) based on your employment. However, if you select severance with salary continuation, and the same is approved by the Commission, your present health insurance benefits will continue to the end of your severance period (two months). Your rights to continue health care coverage under COBRA will be provided to you by mail from our COBRA plan administrator by April 30, 2021.

You can contact Catherine Highsmith of the HR regarding your retirement plan distribution options. All Augusta, Georgia property issued to you and/or in your possession must be returned to me or the Human Resource Director (Anita Rookard) immediately, including, but not limited to, the following: cell phone, laptop, computer and related equipment, flash drives, disc and all other information storage devices, keys, badges, door fobs, security apparatus, files, documents, etc.

For purpose of communications regarding any matter addressed above or relevant to your employment with Augusta, Georgia, please provide to HR Director Anita Rookard, in writing, the mailing address, email address and phone number by which you are to be contacted, if different from what HR Department has on file for you or if such changes in the future.
I would also like to take this opportunity to thank you for your service as an Augusta, Georgia employee.

Should you have any questions or concerns, feel free to contact me.

Sincerely,

Odie Donald
Administrator

Cc: Anita Rookard, HR Director
    Wayne Brown, General Counsel

*Augusta*
GEORGIA

**Office of the Administrator**

Odie Donald II, Administrator
Jarvis R. Sims, Deputy Administrator
Tony McDonald, Deputy Administrator

Ste. 910 - Municipal Building
535 Telfair Street – Augusta, GA 30901
(706) 821-2400 – Fax (706) 821-2819

April 1, 2021
William A. McDonald
Deputy Administrator

**Via Hand-Delivery**

RE: Termination Without Cause

Dear Mr. McDonald,

As the new Administrator, I have decided to give Office of the Administrator a fresh start. Therefore, this is to inform you, on April 1, 2021, that your employment with Augusta Georgia is hereby terminated without cause and effective immediately. You are being released as a Deputy Administrator without cause.

Pursuant to Augusta, Georgia SES Severance Policy and Procedures (Commission Approved-11/5/2019) Section 2.0 (A)(1), which addresses "Discharges without Cause", you are eligible two months of severance pay and the same is being offered to you, subject to the execution of the attached Separation Agreement and Release of Claims and the approval of the Augusta, Georgia Commission, pursuant to the SES Severance Policy and Procedures. Pursuant to the SES Severance Policy and Procedures your severance would be with salary continuation. However, if you would like lump-sum payout severance, please notify the HR director, Anita Rookard and me, via email, by April 8, 2021.

Your final paycheck for hours worked will be paid on the regularly scheduled payday following your last day of work (today).

Your present health insurance benefits will continue through the end this pay period (April 1, 2021) based on your employment. However, if you select severance with salary continuation, and the same is approved by the Commission, your present health insurance benefits will continue to the end of your severance period (two months). Your rights to continue health care coverage under COBRA will be provided to you by mail from our COBRA plan administrator by April 30, 2021.

You can contact Catherine Highsmith of the HR regarding your retirement plan distribution options. All Augusta, Georgia property issued to you and/or in your possession must be returned to me or the Human Resource Director (Anita Rookard) immediately, including, but not limited to, the following: cell phone, laptop, computer and related equipment, flash drives, disc and all other information storage devices, keys, badges, door fobs, security apparatus, files, documents, etc.

Augusta 000950

For purpose of communications regarding any matter addressed above or relevant to your employment with Augusta, Georgia, please provide to HR Director Anita Rookard, in writing, the mailing address, email address and phone number by which you are to be contacted, if different from what HR Department has on file for you or if such changes in the future.

I would also like to take this opportunity to thank you for your service as an Augusta, Georgia employee.

Should you have any questions or concerns, feel free to contact me.
Sincerely,

Odie Donald
Administrator

Cc: Anita Rookard, HR Director
    Wayne Brown, General Counsel

Augusta 000951