UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JARVIS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:22-cv-00099-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND COUNTY | ) ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S RULE 7.6 NOTICE OF INTENT TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.6, Defendant the City of Augusta-Richmond County hereby notifies the Clerk of Court of its intent to file a Reply Brief to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Doc. 45) within 14 calendar days of service on October 9, 2023.

Respectfully submitted, this 13th day of October, 2023.

                                                  **FREEMAN MATHIS & GARY, LLP**

                                                */s/ John D. Bennett*
                                                John D. Bennett
                                                Georgia Bar No. 059212
                                                Emily M. Walker
                                                Georgia Bar No. 221826
                                                *Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **JARVIS SIMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:22-cv-00099-JRH-BKE** |
| **CITY OF AUGUSTA-RICHMOND** ) | |
| **COUNTY** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically DEFENDANT'S RULE 7.6 NOTICE OF INTENT TO FILE REPLY BRIEF with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to counsel of record.

This 13th day of October, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
Emily M. Walker
Georgia Bar No. 221826
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com