AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JARVIS SIMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-099

CITY OF AUGUSTA-RICHMOND COUNTY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 30, 2024, the Court grants Defendant's motion for summary judgment and enters judgment in favor of Defendant. This case stands closed.



August 30, 2024  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*Morgan A. Akins* (signature)  
(By) Deputy Clerk

GAS Rev 10/2020